# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00269-RFB-DJA |
| Plaintiff, | ORDER |
| v. | |
| LEVI PHILIP KOCMICK, | |
| Defendant. | |

On June 12, 2021, this Court entered an Order that Defendant report to the Las Vegas Rescue Mission for the purposes of outpatient treatment. Defendant was further Ordered to sign HIPPA release and authorization that would allow Pretrial Services the ability to communicate with facility as to defendant's status and as to his treatment. Due to the Juneteenth holiday, the Court Ordered that if Defendant could not arrange for installation of GPS monitoring that day, he was further Ordered to complete the installation of GPS location monitoring to his person and sign HIPPA release authorization form by June 21, 2021. Due to circumstances, this did not happen.

Therefore,

IT IS ORDERED that Alyson J. Martinez, Clinical Director for the Las Vegas Rescue Mission shall disclose to Pretrial Services Officer Alicia Shievely the information as it relates to status of Defendant Kocmick's attendance at the Las Vegas Rescue Mission by the close of business June 30, 2021.

DATED: June 29, 2021.

_____
RICHARD F. BOULWARE, II
United States District Judge